ORIGINAL

09 4707

RECEIVED
NOV 0 2 2009
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Keith Anderson
305 Livonia Ave.
Bklyn N.Y 11212
            Plaintiff
        -vs-

Counter LLC
Deborah Garito + Scott Winegard
105 1st Ave N.Y. N.Y. 10003
            Defendant(s)

REQUEST TO PROCEED
IN FORMA PAUPERIS

WEINSTEIN, J.

BLOOM, M.J.

I, Keith Anderson, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    Counter Inc. 105 1st Avenue N.y. N.J 10003
    1900 A Month

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month.
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**
    June 27, 08 to March 19, 09  1900 per month

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
    $996 Unemployment
    a) Are you receiving any public benefits?     ☑ No  ☐ Yes, $ _____
    b) Do you receive any income from any other source?  ☑ No  ☐ Yes, $ _____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

    None

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

    Douis Anderson  200 per month

7. Do you pay for rent or for a mortgage? If so, how much each month?

    200 per month

8. State any special financial circumstances which the Court should consider.

    None

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 10/30/09

Keith Anderson
(signature)

rev. 7/2002