UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KEITH ANDERSON,

                Plaintiff,

- against -

DEBORAH GARITO, SCOTT WINEGARD,
COUNTER INC. *also known as* Counter,

                Defendants.

------------------------------------------------------------X

**ORDER**
**09 CV 4797 (JBW)(LB)**

**BLOOM, United States Magistrate Judge:**

By letter dated January 25, 2010, defendants inform the Court that the parties have reached an agreement to settle this case, and that they expect to file a joint stipulation of settlement by February 26, 2010. (Document 15.) Defendants request an adjournment of the scheduled deadline and next conference. Defendants' request is granted in part, and denied in part. The parties need not make the initial disclosures detailed in the Court's January 19, 2010 Order, but the March 3, 2010 conference shall proceed as scheduled unless the parties file their stipulation of settlement by February 26, 2010. If the stipulation is filed be the parties, the Court will cancel the conference.

SO ORDERED.

                                              /Signed by Judge Lois Bloom/

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: January 27, 2010
       Brooklyn, New York